# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Belinda S. Massar<br>**Debtor(s)** | **BK NO. 17-01594 HWV**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Roundpoint Mortgage as Servicer for First Guaranty Mortgage Corporation, and index same on the master mailing list.

                              Respectfully submitted,

                              **/s/ James C. Warmbrodt, Esquire**
                              James C. Warmbrodt, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              412-430-3594