LAW OFFICES

# Purcell, Krug & Haller

HOWARD B. KRUG  
LEON P. HALLER  
JOHN W. PURCELL JR.  
JILL M. WINEKA  
LISA A. RYNARD  
CLINTON J. WEBB  

1719 NORTH FRONT STREET  
HARRISBURG, PENNSYLVANIA 17102-2392  
TELEPHONE (717) 234-4178  
FAX (717) 236-6120  

HERSHEY  
(717) 533-3836  

JOHN W. PURCELL (1924-2009)  

JOSEPH NISSLEY (1910-1982)

May 22, 2019

Bankruptcy Court, Middle District of PA
Harrisburg, PA 17101

*Re: Change of address*

Dear Court Administrator:

In reference to Case Number 1-17-01594, Debtor, Belinda S. Massar, please update her address. Her new address is:

> 617 W. 700 North
> Paul, Idaho 83347

Thank you.

Very truly yours,

/s/ Lisa A. Rynard
*Lisa A. Rynard*